# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br>     Plaintiff, <br><br> v. <br><br> NETEASE INFORMATION TECHNOLOGY CORPORATION, et al., <br>     Defendants. | CV 18-3119 DSF (RAOx) <br><br> JUDGMENT |

     The Court having ordered that the complaint be dismissed for improper venue as to both Defendants, and Plaintiff having failed to amend its complaint in the time allowed by the Court,

     IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 30, 2018

                                                      Dale S. Fischer
                                                      United States District Judge